Warren CHASE; Curtis L. Wright, Plaintiffs–Appellants,

and

Marc Cannadi; Troy L. Jones–Bey; Dwayne Doucett; Gregory Lawrence; John R. Ashby; Kevin Fuller; James Sydnor; Terry Dorsey; Charles Thomas; James Folks; David Bright; Tyrese Jordan; Michael L. Talley; Jean Bernard Germain; Anthony Hughley; Samuel Parr; Thaddeus Donaldson; Raymond Plunkett; Edward W. Jefferson; Darlos Hutton; G.W. Jones, Plaintiffs,

v.

MARYLAND CORRECTIONAL AD-JUSTMENT CENTER, dietary department, the dietary contractors and each of its dietary employees, workers and custodians; Correctional Food Services Management, an independent contractor; C.F.M., an Independent Contractor; Thomas R. Corcorn, Warden; Lisa Alexander, Corporal; Donna Hansen, Lieutenant; Sizzler, Dietary Employee; Marve Morrison; Pat Donovan; James Smith, Chief of Security; Cecile Leak; Stuart Simms, Secretary Department of Public Safety; William W. Sondervan; Jack Kavanagh, Assistant Commissioner; Frank C. Sizer, Jr., Chief Commissioner; Federal Bureau of Investigation; Department of Health and Mental Hygiene; State of Maryland, Department of Public Safety and Correctional Services, division of support services; United States Department of Justice, Civil Rights Division; Ms. Kenyon, Defendants–Appellees.

No. 01–7736.

United States Court of Appeals, Fourth Circuit.

Submitted March 14, 2002.

Decided March 22, 2002.

Warren Chase, Curtis L. Wright, Appellants Pro Se. John Joseph Curran, Jr., David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland; William Fitts Ryan, Jr., Christopher Bowie Lord, Whiteford, Taylor & Preston, Baltimore, Maryland, for Appellees.

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Warren Chase and Curtis Wright appeal the district court's order granting summary judgment to the Maryland Correc-

tional Adjustment Center and several of its employees. Chase and Wright claimed that the prison diet was in violation of the Eighth Amendment's bar against cruel and unusual punishment. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Chase v. Maryland Correction,* No. CA–00–1509–CCB (D. Md. filed Sept. 24, 2001; entered Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*